UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| Christine Winsey, a natural, living, individual Woman. Secured Party Creditor d.b.a. and Injoined with CHRISTINA WINSEY-RUDD, (persona ficto); <br><br> Plaintiff, <br> v. <br><br> NATIONSTAR MORTGAGE, LLP. <br><br> Defendant. | Case No. 8:17-cv-979-T-33AEP <br><br><br> PLAINTIFF'S RESPONSE TO COURT'S ORDER THAT INJUNCTION IS MOOT |

COMES NOW in the above-entitled action Plaintiff (Christine Winsey, Secured Party Creditor, private, living sentient being, NON-Adverse Party, owner of THE CHRISTINE WINSEY ESTATE and the only authorized representative for CHRISTINA WINSEY-RUDD), with power of attorney general and with personal knowledge of matters set forth herein – one of the people on the land in Florida), in correct private capacity, being of majority in age, competent to testify with clean hands IS MAKING A SPECIAL VISITATION, *sui juris,* appearing by special and restrictive appearance and not generally nor without waiving any rights, remedies, or defenses; substantive or procedural including jurisdictional defects; hereby responds to the Court's order to show cause why her Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 2) should not be denied as moot, given the occurrence of the foreclosure sale on April 27th, 2017, and the sale of the subject property to defendant.

Plaintiff accepts that the fact that the sale went through makes the Motion for Temporary Restraining Order and Preliminary Injunction moot, but not the Affidavit in support of the Motion

for Temporary Restraining Order and Preliminary Injunction is not at all moot. Plaintiff has a standing claim for relief for specific performance, FDCPA and UCC violations.

WHEREFORE, the Plaintiff requests the Court sustain specifically that her Affidavit in Support of Motion for Temporary Restraining Order and Preliminary Injunction be maintained in the record because it holds the very basis of her claims, and requests leave of court to prosecute her claims for relief and damages sustained by breach of contract by Defendant NATIONSTAR.

Dated: May 22, 2017

Respectfully submitted,

By: *Christine: Winsey*
christine: winsey, Sui Juris, NON-Adverse Party, Secured Party Creditor, injoined party of interest with CHRISTINE WINSEY, CHRISTINA WINSEY-RUDD et. al. (persona ficto)
© Autograph. All Rights Reserved
Without Prejudice UCC1-308
c/o 3217 Campbell Street, Sarasota, Florida [34231]
Non-Domestic, Non-Assumpsit

CERTIFICATE OF SERVICE
I certify that a copy of this document will be served upon the attorneys for defendant (shown below)

NOTICE TO PRINCIPAL IS NOTICE TO AGENT, NOTICE TO AGENT IS NOTICE TO PRINCIPAL

JARRET EVAN COOPER, DEBT COLLECTOR, ROBERTSON, ANSCHUTZ & SCHNEID, P.I. DEBT COLLECTORS, Allegedly on behalf of AURORA LOAN SERVICES/NATIONSTAR MORTGAGE LLC, 6309 Congress Ave., Suite 100, Boca Raton, FL 33487, jcooper@rasflaw.com, mail@rasflaw.com

Done this 22 of May, 2017

Respectfully submitted,

By: *Christine: Winsey*
christine: winsey, Sui Juris, NON-Adverse Party, Secured Party Creditor, injoined party of interest with CHRISTINE WINSEY, CHRISTINA WINSEY-RUDD et. al. (persona ficto)
© Autograph. All Rights Reserved
Without Prejudice UCC1-308
c/o 3217 Campbell Street, Sarasota, Florida [34231]
Non-Domestic, Non-Assumpsit