UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| Christine Winsey, a natural, living, individual Woman. Secured Party Creditor d.b.a. and In joined with CHRISTINA WINSEY-RUDD, (persona ficto); <br><br>        Defendant Nationstar, <br> v. <br><br> NATIONSTAR MORTGAGE, LLP. <br><br>        Defendant. | Case No. 8:17-cv-979-T-33JSS <br><br> PLAINTIFF'S ANSWER AND MOTION TO DISMISS DEFENDANT NATIONSTAR'S COUNTER-CLAIM IN ITS ENTIRETY <br><br> MANDATORY JUDICIAL NOTICE |

       **COMES NOW** Plaintiff/Counter Defendant in the above-entitled, Christine Winsey (herein "Winsey"), Secured Party Creditor, private, living sentient being, NON-Adverse Party, owner of THE CHRISTINE WINSEY ESTATE and the only authorized representative for CHRISTINA WINSEY-RUDD), with power of attorney general and with personal knowledge of matters set forth herein – one of the people on the land in Florida), in correct private capacity, being of majority in age, competent to testify with clean hands IS MAKING A SPECIAL VISITATION, *sui juris,* appearing by special and restrictive appearance and not generally nor without waiving any rights, remedies, or defenses; substantive or procedural including jurisdictional defects; hereby opposes Defendant/Counter Plaintiff Nationstar Mortgage's (herein NSM) Counter Claim and states:

**Parties, Jurisdiction and Venue:**

**Item1**: Unknown, Unproven.

**Item 2.** Denied: Plaintiff/Counter-Defendant Christine: Winsey (Herein "Winsey") (secured party creditor **See Exhibit B** - NYS UCC1), d.b.a. CHRISTINE WINSEY, CHRISTINA WINSEY-RUDD, ET AL) is a Floridian, an American State National, making a special visitation Sui Juris. Per 28 USC 1332. NSM is presuming administrative rights over the private property of Christine:Winsey. Any

presumptions that NSM has salvage rights to said "Estate" are hereby exposed, denied, rebutted, and cancelled for cause. It is a matter of Public Record that the CHRISTINEWINSEY TRUST is under my exclusive control, having properly executed documents to collapse the split title and reclaim all rights, title, and interest. Therefore, if NSM pretends to enclose Christine:Winsey in her private capacity within the FEDERAL CORPORATION known as STATE OF FLORIDA, as if under obligation as a "Federal Citizen" or "person" or "corporation" or "resident" of a fictitious corporation, let the record state unequivocably: I am a Floridian, one of the "joint tenants of the sovereignty" under the protection of the original Constitution. Further, under the Laws of War, under which NSM is obligated to obey, I claim status as a Protected Person. I am not, nor have I ever been, a "Federal" Employee as defined per Black's Law, and any appearance that I consented to such jurisdiction has been exposed, denied, rebutted, and cancelled for cause.

**Cestui Que Vie Act 1666 CHAPTER 11 18 and 19 Cha 2**  *"If the supposed dead Man prove to be alive, then the Title is revested. Action for mean Profits with Interest."*

**The copyright act of 1790 is a restatement of the Cestui Que. Vie Act of 1666.**  *"When a man proves life he is revested with his title."*

   **Item 3** Denied in part and Admitted in part. **Denied:** This Court does not have diversity jurisdiction pursuant to 28 U.S.C. Sec 1332. **This Court does not have personam jurisdiction over Christine: Winsey.** **Agreed** that <u>this Court does have subject matter jurisdiction only</u>! A Federal District Court does have authority over the corporate United States franchise's circuit or state courts.

   **item 4**: Admitted

**General Allegations Items 5 through 12**

   **Item 5:** Denied. The alleged promissory note and mortgage secured payment in full for the house when Winsey (the true creditor) signed the note. The alleged "lender" (Lehman Brothers Bank, FSB) never loaned any money.

   **Item 6:** Denied, Incorrect, Incomplete. Aurora Loan Services, LLC, on behalf of Lehman Brothers Bank, FSB filed a foreclosure lawsuit on June 29, 2010. A judgment of foreclosure was entered on July 15, 2014 by the 12th Judicial Circuit Court in and for Sarasota County, and was subsequently appealed in the 2nd District Court of Appeals. Winsey lost in the appeal. NSM filed, and was granted, a date of sale

of Winsey's private property for April 27, 2017.  Winsey, a secured party creditor, private banker, paid, NSM with a legal, valid and proper negotiable monetary instrument on March 13, 2017 via registered mail, received by NSM on March 20th, 2017 (6 weeks prior to the scheduled sale date) and never returned, rebutted, nor rejected said negotiable monetary instrument.  NSM went forward with foreclosure sold Winsey's private property at public auction on April 27, 2017 (suspected to be simply a credit bid).

**Items 7 through 11**     Denied and Incorrect.  Plaintiff refers, as Exhibits, her Affidavit in Support of Plaintiff's Opposition to Defendant's Motion to Dismiss, Motion to Strike Jury Trial in and in Support of this Motion to Dismiss Defendant Nationstar's Counter-Claim (document #___ in this case):

**General Allegation (item 12)**  Unknown.

### Counts of Claim

**In Count #1 NSM claims that Winsey has unlawfully filed a false document pursuant to Sec 817.535 of the Florida Statutes.**

Florida Statutes Sec. 817.535 does not apply here.  Nothing is fraudulent nor fictitious about it.  NSM became indebted to Winsey when they decided to keep her promissory note as payment for an alleged debt they had been billing her for.  **This was and is just as if Winsey had sent a bank check, cashier's check or personal check the promossory note, accompanied with the Notice and Demand (appointing Robert Stiles or the Acting CFO fiduciary) and Affidavit paid NSM in full!**

But NSM then proceeded to foreclose and auction off Winsey's private property, namely the house located at 3217 Campbell Street, Sarasota, Florida [34231], a.k.a. LOT 3 AND 4, BLOCK G, ASHTON PARK, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 1, PAGE 182, OF THE PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA.

NSM was no longer entitled to foreclose or sell at auction, Winsey's private property when they have already gotten Winsey's original note to Lehman Brothers Bank, FSB and current Promissory Note in the amount of $365,000.00.  To do so was a heinous unjust enrichment, harm to Winsey by stealing her private property and her promissory note all at the same time.

NSM has yet to state what they have done with the promissory note.  They protest and protest that it has no validity yet they kept it and would have to prove that they did not benefit from the note by presenting it to the Federal Reserve for fractionalization and enrichment.

Further NSM has yet to show whether it has paid taxes on all of this enrichment.  Shall we contact the IRS and find out?  Hmmmm.  Who is kidding whom?

Further NSM has yet to prove they did not collect on mortgage default insurance, which would make yet a 4th enrichment.  Hmmmmm.  Shall we bark up this tree as well?

Let's look at the Uniform Commercial Code regarding this issue:

**The Uniform Commercial Code (UCC) and the Florida Statutes Encompassing the Uniform Commercial Code**

**The Uniform Commercial Code (UCC) is the supreme law governing the monetary system**. Is NSM above this law? Why shouldn't this law and its truth be brought to light on the record? Why? Because NSM is a fraud and is afraid of that truth being proven!

**The courts acknowledge they do not have the authority or jurisdiction to amend, alter or nullify any of the Articles of the UCC.** They can only consider \"gray areas\" such as: Who holds the priority position? The party that filed the UCC first or the one who perfected first?

The courts have addressed and determine in specific situations what can be considered a \"fixture\" as it relates to real property under the UCC.

**When one files a UCC form and it is recorded by a state's UCC office, that filing becomes a legal document of public record identifying the filer as the Secured Party.**

**Hence no court can lawfully rule on the fact or existence of the filing itself. That filing is a legal fact.**

**The employees of the UCC Department in each state are fiduciaries required to follow specific rules and procedures.** If a UCC filing meets the specifications of those rules and procedures the document is to be recorded.

There are minor variations in the UCC subsections from state to state and even country to country, but the bulk of the commercial rules and procedures are universal and uniform. Hence the designation Uniform Commercial Code.

UCC filing offices are located in each state of the union, in each of the territories and protectorates of the U.S. as well as in many foreign countries.

Filing a UCC form is an administrative action that, when accepted and recorded by the UCC office, is stamped with a file number, date, hour and even minute of filing.

The UCC Financing Statement (UCC-1) details a Secured Party's status in any commercial transaction according to the Articles of the UCC as well as various sectionS of the United States Code dealing with \"Property.\"

Once a Secured party's UCC form has been filed it is a fact in public record that there is a secured, vested interest therein holding a superior claim and all other parties at interest who file thereafter must acknowledge, accept and respect the Secured Party's superior and prior position.

The **UCC 3-603(b) as restated in the Florida Statutes 673.6031** regarding monetary instruments unequivocally state:   *Tender of payment.* —

*(1)   If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument, the effect of tender is governed by principles of law applicable to tender of payment under a simple contract.*

*(2)   If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of an indorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates.*

### House Joint Resolution 192, 73d Congress, Session I, Chapter 48, June 5, 1933 (Public Law No. 10) Note: "payment of debt" is now against Congressional "public policy" and henceforth, "Every obligation . . . Shall be discharged."

As a result of HJR 192, and from that day forward (June 5, 1933), **no one in this nation has been able to lawfully pay a debt or therefore lawfully own anything.** The only thing one can do, is tender a transfer of debt, with the debt being perpetual (*only discharged*). The suspension of the gold standard, and prohibition against paying debts, removed the substance for our common law to operate on, and created a void as far as the law is concerned.

**This substance was replaced with a "PUBLIC NATIONAL CREDIT SYSTEM" where 'debt' is "LEGAL TENDER" so-called 'money'.**

HJR 192 was implemented immediately. President Roosevelt signed the resolution the very next day, and the treasury offered the public new government securities, minus the traditional "payable in gold" clause.

**HJR 192 states that one cannot demand any certain form of currency they would like to receive if it is dollar for dollar. If you review the Modern Money Mechanics article of the Federal Reserve you will discover that *all currency is your credit*! The Federal Reserve calls credit "monetized debt."**

**The Implications of HJR 192 of 1933 and the Strawman Illusion it created**

In effect HJR 192 of 1933 states that the one with the gold pays the bills. It removes the requirement that U.S. subjects and employees have to pay their debts with gold. It actually prohibits the inclusion of a clause in all subsequent contracts that would require payment in gold. It also retroactively cancelled the clause in every US contract written prior to June 5, 1933, that required an obligation to be paid in gold. It provided that U.S. subjects and employees could use any type of coin and currency to ***discharge*** a public debt, dollar for dollar, as long as it was in use in the normal course of business in the United States.

Answer and Motion to Dismiss with Mandatory Judicial Notice Against Defendant/Counter-Plaintiff
Nationstar's Counter-Claim

For a time, U.S. Notes were the currency used to *discharge* debts, but later the Federal Reserve System and the corporate United States provided a *new* medium of exchange via paper notes and debt instruments that could be passed on to a debtor's creditors to *discharge* his (*the debtor's*) debts. That same "currency" is available to use to *discharge* public debts.

Any possessor of a fictional corporate name ("PERSON") upon learning who s/he lawfully is in relation to the corporate United States, can file a UCC Financing Statement listing a Security Agreement registering his/her interest in the artificial entity ("PERSON") the U.S. Inc. created when his/her mother applied for a birth certificate.

The act of registering the mother's biological property, her recently birthed baby (substance), with relevant State authorities places them in charge. The U.S. holds the paper title (form), not the substance (baby) but the act of registration transfers title from the mother to the corporate U.S. and colors its "legal" right to dictate how that baby may be raised, cared for, and educated.

Accordingly, the United States is the holder of title to the artificial entity strawman and, in effect by using the PERSON as collateral for a loan, sells (via a warehouse receipt mechanism) the potential life-time productivity of the individual (YOU) it represents. The loan using the PERSON as collateral gives rise to a trust account in the name of the fictional corporate entity and the corporate U.S. has a lien on that trust account. That trust account reverts to consolidated revenue upon your death unless YOU, the flesh and blood human individual, become aware of your prior claim to a lien over that account and file a Financing Statement claiming that lien. The name of the artificial corporate entity is spelled in all capital letters (JOHN DOE).

When John Doe files the Financing Statement supported by a Security Agreement signed by the artificial entity (JOHN DOE) – by John Doe as agent – and the owner, (John Doe), he becomes the holder in due course of the title to JOHN DOE. The Uniform commercial Code (UCC) and State commercial law are very specific about the effect of a registered security interest. It has priority over most other interests *claimed* in the same thing (in this case, the PERSON).

NSM has not been harmed in any way.  Rather NSM has enjoyed unjust enrichment at the expense of Winsey several times over!  Therefore NSM fails to state a claim for which relief can be granted and their counter-claim should be dismissed, with prejudice, in its entirety.

**In Count #2**: NSM asserts that they have suffered slander of title and fraudulent lien.

There never was and there is not any fraud or slander on Winsey's part here.  NSM's argument is baseless and feeble.  The truth has been brought to light that NSM has harmed Winsey and gained unjust enrichment at Winsey's expense.  If NSM feels it has been slandered and harmed in some way then that is

its own fault for breaking the law. When you break the law and you are found out then the truth gets told and you suffer harm at your own hand. It is not slander when the truth comes out. NSM just doesn't like the fact that its game has been found out and is trying to cover it up and turn the tables to keep the fingers pointed away from its guilty self.

Winsey (who is an established private woman, Secured Party Creditor and private banker) used the EXACT AND PRECISE SAME PROCESS AS NSM AND ALL BANKS USE EVERYDAY IN NEGOTIABLE INSTRUMENT TRANSACTIONS PER THE UNIFORM COMMERCIAL CODE AND FLORIDA STATUTES.

Winsey refers to **Black's Law Dictionary, 5th Edition, Page 133**:

*Private Banker from Black's Law Dictionary, 5th Edition, page 133, definition: "Banking". The business of banking, as defined by law and custom, consists in the issue of notes ......intended to circulate as money........And defines a "Banker's Note" (A Promissory Note) as: "A commercial instrument resembling a bank note in every particular except that it is given by a private banker or unincorporated banking institution." A Private Banker is a Financial Institution; Unincorporated Banking Institution; and Financial Agency pursuant to 31 U.S.C. §5312. Private Bankers National Banking Association, PBNBA, Bankers Acceptance Promissory Note under (U.C.C. §2-304) states, "The price can be made payable in money or otherwise...". IRS codes section 1.1001-1 (4657) C.C.H. states that Federal Reserve Notes (Dollars) are valueless.*

Winsey has already documented all supporting facts and law in her document Plaintiff's Opposition and Mandatory Judicial Notice to Defendant Nationstar's Motion to Dismiss Plaintiff's Complaint (17) and Winsey has additionally filed a sworn Affidavit in Support of Plaintiff's Opposition and Mandatory Judicial Notice to Defendant Nationstar's Motion to Dismiss Plaintiff's Complaint. Winsey includes both of these documents, and their exhibits as if they were part of this Plaintiff/Counter-Defendant's Answer and Motion to Dismiss Defendant/Counter-Plaintiff's Counter Claim.

In further support of the laws and banking laws which uphold Winsey Opposition, Winsey refers the Court to **Exhibit M - Walker Todd (former attorney for 20 years in the legal department of the Federal Reserve of New York and Cleveland)** testimony regarding negotiable instruments and banking practices.

**Nothing that Winsey has performed in her efforts to satisfy the alleged consumer debt NSM insisted she owed, (upon their threat of sale of her personal private property), could possibly be construed to be fraud, or slander!**

**Winsey took the proper, civil legal steps against NSM due to**

a. NSM's heinous lack of regard for her rights,

b. NSM's disregard for Winsey's accord and satisfaction of their insistence of the unverified consumer debt they claimed she owed,

c. NSM's disregard for Federal laws and State statutes, the Uniform Commercial Code regarding monetary instruments and contracts, **The Code Of Federal Regulations 31 CFR 103.11 regarding what constitutes monetary instruments,** for other laws enacted by Congress all cataloged and stated in Winsey's document Plaintiff's Opposition to Defendant Nationstar's Motion to Dismiss and Motion to Strike a Jury Trial and Winsey's document Affidavit in Support of Plaintiff's Opposition to Defendant Nationstar's Motion to Dismiss and Motion to Strike a Jury Trial (both filed into this case).

**In truth "slander" and "fraud" are the claims against NSM that Winsey should add to an amended claim!**

In light of the answer to Count #1, Winsey will refrain from being repetitive (to a point), However the facts and the law of this case bear repeating to drum home the heinous violations, fraud, deceipt and attorney word games NSM had shown in this case. **This Court must be extremely clear, and this bears repeating:**

**The Uniform Commercial Code (UCC) is the supreme law governing the monetary system.** Is NSM above this law? Why shouldn't this law and its truth be brought to light on the record? Why? Because NSM is a fraud and is afraid of it being proven!

*The courts acknowledge they do not have the do not have the authority or jurisdiction to amend, alter or nullify any of the Articles of the UCC. They can only consider \gray areas\"such as: Who holds the priority position? The party that filed the UCC first or the one who perfected first?*

*The courts have addressed and determine in specific situations what can be considered a \fixture\"as it relates to real property under the UCC.*

*When one files a UCC form and it is recorded by a state's UCC office, that filing becomes a legal document of public record identifying the filer as the Secured Party.*

**Hence no court can lawfully rule on the fact or existence of the filing itself. That filing is a legal fact.**

**Under the Federal Rule of Civil Procedure: Rule 17, a real party of interest has to be present** in the   courtroom in order for there to be any claims of injury or damages against "the people." Under Rule 17. Plaintiff and Defendant; Capacity; Public Officers, the party must be the following:

(a) Real Party in Interest.

i, Winsey am the issuer, the drawer, and the maker per the original mortgage note note #0019656461 (**See Exhibit S -** Adjustable Rate Note dated January 31, 2005**).** I have a proprietary

Answer and Motion to Dismiss with Mandatory Judicial Notice Against Defendant/Counter-Plaintiff Nationstar's Counter-Claim

interest in the security which made me a party to the investment contract.  Under **UCC § 3-105** – defines the originator of the first funds transfer.  Under Subsection (a) it defines what the issue is, and (c) defines who the issuer is.

The UCC 1 filing at that time represents bookkeeping entries which should be made to reduce the amount of money owed to NSM. In order for the commercial instrument to be legal tender, they must be secured by a maritime lien recorded at the county and registered on a UCC1. It then becomes a registered security and a financial asset that can be negotiated. The ledgering and registration made per the security entitlement in promissory note 000021517NSMR (**Exhibit I** - Presentment Packet tendered on March 13, 2017 and **pursuant to Article 9- 310 of the UCC**.

**House Joint Resolution 192 of June 5, 1933**, tells us that as there is no substance with which to 'pay' a debt, then all debt must be 'discharged'. Since there is no money, then the only thing left is credit, so Winsey must 'pay' a debt with credit. How is credit created? VIA MY SIGNATURE. Every time i sign my name to any promissory note, i have created credit.

NSM was asked to setoff the outstanding debt and ledger the account however NSM has kept Plaintiff's note and has not returned it to date.  NSM failed to ledger the account and unjustly enriched themselves by foreclosing on, and STEALING, my property therefore NSM is indebted to me. They cannot have two notes PLUS the property.

i, Plaintiff Christine: Winsey have a proprietary interest in the security which made me a party to the investment contract.  Under **UCC § 3-105** – defines the originator of the first funds transfer.   Under Subsection (a) it defines what the issue is, and (c) defines who the issuer is.

Winsey has stated the facts of this case, repetitively in this and her other recent document filings to make it perfectly clear that ALL of NSM's allegations are ridiculous.  The facts are the facts and the law is the law.  What Winsey has stated on and for the record into this Case completely blows Defendant Nationstar's Counts I and II out of the water and NSM has failed to state ANY claim for which relief can or should be granted!  In fact, NSM should be sanctioned and investigated for fraud and RICO at the very least!

Winsey had every right to file a lien against NSM.  Winsey is the secured party creditor and NSM (NATIONSTAR MORTGAGE LLC) is indeed indebted to Winsey.  This is not slander.  It is the truth whether NSM likes it or not!

The UCC1 is a legal document that the court has no authority to declare null and void.

This Court has no authority to enjoin Winsey from filing legal, valid instruments that are pertinent to this case.  NSM is trying desperately to lock out evidence – real and solid evidence – of its wrong-doing through yet more fraud and deceipt!

Answer and Motion to Dismiss with Mandatory Judicial Notice Against Defendant/Counter-Plaintiff
Nationstar's Counter-Claim

NSM has failed to state a claim upon which relief can be granted. Plainitff objects for lack of ratification of commencement in this matter.  Who is the real party in interest making the claim?

NSM's counter-claim should be dismissed, with prejudice, in its entirety and NSM should be sanctioned.

## MANDATORY JUDICIAL NOTICE

Plaintiff, in accordance with Florida Rules of Evidence (Florida Rules of Evidence 90.201), **hereby moves the court take JUDICIAL NOTICE in connection with this matter, and provides this court would notice of the following applicable and irrefutable facts and law.**
PURSUANT TO SECTIONS 90.202(12), 90.203 AND 90.902(8) OF THE FLORIDA STATUTES THE COURT MUST NOT FAIL TO NOTICE THE FOLLOWING MATERIAL FACTS RELEVANT TO THIS CASE

- a.  Florida Statutes 90.202(12) provides that a court may take judicial notice of facts that are not subject to dispute because they are capable of accurate and ready determination by resort to sources whose accuracy cannot be questioned.
- b.  Florida Statutes 90.203 provides that a court shall take judicial notice of any matter in 90.202, Florida Statutes, when a party requests it and:

  - i.  Gives each adverse party timely written notice of the request, proof of which is filed with the court, to enable the non-adverse party to prepare to meet the request.
  - ii.  Furnishes the court with sufficient information to enable it to take judicial notice of the matter.

- c.  **PLAINTIFF NOTICES THIS COURT that** *This Court does not have discretion to refuse to take judicial notice of facts that are beyond dispute.* **Matters about which reasonable persons cannot disagree most definitively include the controlling effects of, the relevance to, and the bearing on the heart of the matter of this case and its outcome. The fact in this case are not only relevant, but are beyond dispute.**

### Plaintiff Thereby States that This Court must take Judicial Notice of the following:

1.  Plaintiff is not bound by Admiralty Law and is not at war with the United States Corporation. Plaintiff is a non-adverse, non-belligerent, non-combatant, peaceful party, living woman, who has

claimed her age of majority and D.B.A. of the corporate fiction CHRISTINE WINSEY with the Minnesota Department of State. (**Exhibit C**)

**Minnesota Rule 220.Birth Certificates**

*"The Registrar of Titles is authorized to receive for registration of memorials upon any outstanding certificate of title an official birth certificate pertaining to a registered owner named in said certificate of title showing the date of birth of said registered owner, providing there is attached to said birth certificate an affidavit of an affiant who states that he/she is familiar with the facts recited, stating that the party named in said birth certificate is the same party as one of the owners named in said certificate of title; and that thereafter the Registrar of Titles shall treat said registered owner as having attained the age of the majority at a date 18 years after the date of birth shown by said certificate."*

**Cestui Que Vie Act 1666 CHAPTER 11 18 and 19 Cha 2** *"If the supposed dead Man prove to be alive, then the Title is revested. Action for mean Profits with Interest."*

**The copyright act of 1790 is a restatement of the Cestui Que. Vie Act of 1666.** *When a man proves life he is revested with his title."*

2.  Plaintiff is in full control of her Estate. is not lost at sea and is Secured Party Creditor, as evidenced by her UCC1 Financing Statement in New York Department of State (**Exhibit    **)

3.  Plaintiff's Affidavit Indico Age of Majority and Affidavit of Domicile recorded with the Florida Secretary of State (**See Exhibits J**-Affidavit Indico Age of Majority, number 8579664 **and K-** Affidavit of Domicile apostille number 8579665, recorded in Lee County, Florida Clerk Recorder's office).

4.  Plaintiff's Filing of D.B.A. of the corporate fiction CHRISTINE WINSEY with the Florida Department of State, recorded in the official records of the Sarasota County Clerk, including Notice and Affidavit of Publication in the Sarasota Herald Tribune (**Exhibit L**).

5.  **For emphasis, once again Plaintiff brings the Court's attention to the self-authenticating, unrebutted and relevant, first-hand testimony and Affidavit of Walker Todd, 20-year attorney and legal officer for the legal departments of the FEDERAL RESERVE OF NEW YORK AND CLEVELAND and recognized expert** in the legal history of banking and the pledging of notes, bonds and other financial instruments at the discount window to enable the Federal Reserve to make advances of credit that became, or could become money- Case No. 03-047448-CZ).  (**Exhibit M**) attached.

6. Plaintiff has filed an unrebutted Affidavit in Support into this Court containing the absolute facts of this case, along with the proper exhibits of facts and law to support her claims.

**The court has established that "Indeed, no more than (affidavits) is necessary to make the prima facie case." United States v. Kis, 658 F. 2nd, 526, 536 (7th Cir. 1981); Cert Denied, 50 U.S. L.W. 2169; S. CT. March 22, 1982.**

7. **Plaintiff is upheld by The CODE OF FEDERAL REGULATIONS 31 CFR103.11 Defines money (u) (iii) Monetary instruments: (1) Monetary instruments include:** (i) Currency; (ii) Traveler's checks in any form; (iii) All negotiable instruments (including personal checks, business checks, official bank checks, cashier's checks, third-party checks, **promissory notes** (as that term is defined in the Uniform Commercial Code), and money orders that are either in bearer form, endorsed without restriction, made out to a fictitious payee (for the purposes of Sec. 103.23), or otherwise in such form that title thereto passes upon delivery

8. **Plaintiff is upheld by The Uniform Commercial Code (UCC) and the Florida Statutes Encompassing the Uniform Commercial Code**

**The Uniform Commercial Code (UCC) is the supreme law governing the monetary system.** Is NSM above this law? Why shouldn't this law and its truth be brought to light on the record? Why? Because NSM is a fraud and is afraid of that truth being proven!

**The courts acknowledge they do not have the authority or jurisdiction to amend, alter or nullify any of the Articles of the UCC.** They can only consider \"gray areas\" such as: Who holds the priority position? The party that filed the UCC first or the one who perfected first?

The courts have addressed and determine in specific situations what can be considered a \"fixture\" as it relates to real property under the UCC.

**When one files a UCC form and it is recorded by a state's UCC office, that filing becomes a legal document of public record identifying the filer as the Secured Party.**

**Hence no court can lawfully rule on the fact or existence of the filing itself. That filing is a legal fact.**

**The employees of the UCC Department in each state are fiduciaries required to follow specific rules and procedures.** If a UCC filing meets the specifications of those rules and procedures the document is to be recorded.

There are minor variations in the UCC subsections from state to state and even country to country, but the bulk of the commercial rules and procedures are universal and uniform. Hence the designation Uniform Commercial Code.

UCC filing offices are located in each state of the union, in each of the territories and protectorates of the U.S. as well as in many foreign countries.

Answer and Motion to Dismiss with Mandatory Judicial Notice Against Defendant/Counter-Plaintiff Nationstar's Counter-Claim

Filing a UCC form is an administrative action that, when accepted and recorded by the UCC office, is stamped with a file number, date, hour and even minute of filing.

The UCC Financing Statement (UCC-1) details a Secured Party's status in any commercial transaction according to the Articles of the UCC as well as various sectionS of the United States Code dealing with \"Property.\"

Once a Secured party's UCC form has been filed it is a fact in public record that there is a secured, vested interest therein holding a superior claim and all other parties at interest who file thereafter must acknowledge, accept and respect the Secured Party's superior and prior position.

**9. Plaintiff is upheld by the Florida Statutes:** The **UCC 3-603(b) as restated in the Florida Statutes 673.6031** regarding monetary instruments unequivocally state:   *Tender of payment. —*

*(1)   If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument, the effect of tender is governed by principles of law applicable to tender of payment under a simple contract.*

*(2)   If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of an indorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates.*

10. Plaintiff is upheld by **Black's Law Dictionary, 5th Edition, Page 133:**

*Private Banker from Black's Law Dictionary, 5th Edition, page 133, definition: "Banking". The business of banking, as defined by law and custom, consists in the issue of notes ......intended to circulate as money........And defines a "Banker's Note" (A Promissory Note) as: "A commercial instrument resembling a bank note in every particular except that it is given by a private banker or unincorporated banking institution." A Private Banker is a Financial Institution; Unincorporated Banking Institution; and Financial Agency pursuant to 31 U.S.C. §5312. Private Bankers National Banking Association, PBNBA, Bankers Acceptance Promissory Note under (U.C.C. §2-304) states, "The price can be made payable in money or otherwise...". IRS codes section 1.1001-1 (4657) C.C.H. states that Federal Reserve Notes (Dollars) are* <u>valueless</u>.

11. Plaintiff is upheld by the <u>**US Congress: House Joint Resolution 192 of June 5, 1933.**</u>

On June 5, 1933, Congress passed House Joint Resolution (HJR) 192. HJR 192 was passed to suspend the gold standard and abrogate the gold clause in the national constitution. Since then, no one in America has been able to lawfully pay a debt.  This resolution declared:

*"To assure uniform value to the coins and currencies of the Unites States, Whereas the holding of or dealing in gold affect public interest, and are therefore subject to proper regulation and restriction; and Whereas the existing emergency has disclosed that* <u>*provisions of obligations which purport to give the*</u> <u>*obligee a right to require payment in gold or a particular kind of coin or currency*</u> *of the United States, or*

Answer and Motion to Dismiss with Mandatory Judicial Notice Against Defendant/Counter-Plaintiff Nationstar's Counter-Claim

*in an amount in money of the United States measured thereby, obstruct the power of the Congress to regulate the value of the money of the United States, and are inconsistent with the declared policy of the Congress to maintain at all times the equal power of every dollar, coined or issued by the United States, in the markets and in the payment of debts,*

*Now, therefore, be it Resolved by the Senate and House of t Representative of the United States of America in Congress assembled, that*

*(a) every provision contained in or made with respect to any obligation which purports to give the obligee a right to require payments in gold or a particular kind of coin or currency, or in an amount in money of the United States measured thereby, is declared to be against public policy; and no such provision shall be contained in or made with respect to any obligation hereafter incurred. **Every obligation, heretofore or hereafter incurred**, whether or not any such provision is contained therein or made with respect thereto, **shall be discharged upon payment, dollar for dollar, in any coin or currency which at time of payment is legal tender for public and private debts**. Any such provision contained in any law authorizing obligations to be issued by or under authority of the United States, is hereby repealed, but the repeal of any such provision shall not invalidate any other provision or authority contained in such law.*

*(b) As used in this resolution, the term 'obligation' means any obligation (including every obligation of and to the United States, excepting currency) payable in money of the United States; and the term 'coin or currency' means coin or currency of the United States, including Federal Reserve notes and circulating notes of Federal Reserve banks and national banking associations.*

*Sec. 2 The last sentence of paragraph (1) of subsection (b) of section 43 of the Act entitled 'An Act to relieve the existing national economic emergency by increasing agricultural purchasing power, to raise revenue for extraordinary expenses incurred by reason of such emergency, to provide emergency relief with respect to agricultural indebtedness, to provide for the orderly liquidation of joint-stock land banks, and of other purposes;, approved May 12, 1933, is amended to read as follows:*

*"All coins and currencies of the United Stated (including Federal Reserve notes and circulating notes of the Federal Reserve banks and national banking associations) heretofore or hereafter coined or issued, shall be legal tender for all debts, public and private, public charges, taxes, duties, and dues, except that gold coins, when below the standard weight and limit of tolerance provided by law for the single piece, shall be legal tender only at valuation in proportion to their actual weight.'* Approved, June 5, 1933, 4:40 p.m. 31 U.S.C.A. 462, 463

House Joint Resolution 192, 73d Congress, Session I, Chapter 48, June 5, 1933 (Public Law No. 10) **Note: "payment of debt" is now against Congressional "public policy" and henceforth, "Every obligation . . . Shall be discharged."**

As a result of HJR 192, and from that day forward (June 5, 1933), no one in this nation has been able to lawfully pay a debt or therefore lawfully own anything. The only thing one can do, is tender a transfer of debt, with the debt being perpetual (*only discharged*). The suspension of the gold standard, and prohibition against paying debts, removed the substance for our common law to operate on, and created a void as far as the law is concerned.

Answer and Motion to Dismiss with Mandatory Judicial Notice Against Defendant/Counter-Plaintiff Nationstar's Counter-Claim

**This substance was replaced with a "PUBLIC NATIONAL CREDIT SYSTEM" where 'debt' is "LEGAL TENDER" so-called 'money'.**

HJR 192 was implemented immediately. President Roosevelt signed the resolution the very next day, and the treasury offered the public new government securities, minus the traditional "payable in gold" clause.

**HJR 192 states that one cannot demand any certain form of currency they would like to receive if it is dollar for dollar. If you review the Modern Money Mechanics article of the Federal Reserve you will discover that *all currency is your credit!* The Federal Reserve calls credit "monetized debt."**

**The Implications of HJR 192 of 1933 and the Illusion it created.** In effect HJR 192 of 1933 states that the one with the gold pays the bills. It removes the requirement that U.S. subjects and employees have to pay their debts with gold. It actually prohibits the inclusion of a clause in all subsequent contracts that would require payment in gold. It also retroactively cancelled the clause in every US contract written prior to June 5, 1933, that required an obligation to be paid in gold. It provided that U.S. subjects and employees could use any type of coin and currency to *discharge* a public debt, dollar for dollar, as long as it was in use in the normal course of business in the United States.

For a time, U.S. Notes were the currency used to *discharge* debts, but later the Federal Reserve System and the corporate United States provided a *new* medium of exchange via paper notes and debt instruments that could be passed on to a debtor's creditors to *discharge* his (*the debtor's*) debts. That same "currency" is available to use to *discharge* public debts.

Any possessor of a fictional corporate name ("PERSON") upon learning who s/he lawfully is in relation to the corporate United States, can file a UCC Financing Statement listing a Security Agreement registering his/her interest in the artificial entity ("PERSON") the U.S. Inc. created when his/her mother applied for a birth certificate.

The act of registering the mother's biological property, her recently birthed baby (substance), with relevant State authorities places them in charge. The U.S. holds the paper title (form), not the substance (baby) but the act of registration transfers title from the mother to the corporate U.S. and colors its "legal" right to dictate how that baby may be raised, cared for, and educated.

Accordingly, the United States is the holder of title to the artificial entity strawman and, in effect by using the PERSON as collateral for a loan, sells (via a warehouse receipt mechanism) the potential life-time productivity of the individual (YOU) it represents. The loan using the PERSON as collateral gives rise to a trust account in the name of the fictional corporate entity and the corporate U.S. has a lien on that trust account. That trust account reverts to consolidated revenue upon your death unless YOU, the flesh and blood human individual, become aware of your prior claim to a lien over that account and file a Financing Statement claiming that lien. The name of the artificial corporate entity is spelled in all capital letters (JOHN DOE).

When John Doe files the Financing Statement supported by a Security Agreement signed by the artificial entity (JOHN DOE) – by John Doe as agent – and the owner, (John Doe), he becomes the holder in due course of the title to JOHN DOE. The Uniform commercial Code (UCC) and State commercial law

are very specific about the effect of a registered security interest. It has priority over most other interests *claimed* in the same thing (in this case, the PERSON).

The owner of the name must notify the US Secretary of the Treasury that s/he is going to handle his/her own affairs in the future. S/he can file a Bill of Exchange with the Secretary whereby s/he exchanges his/her PERSON's **accepted-for-value birth certificate and social security numbers**, for a chargeback of all the presumed charges brought against his/her PERSON since the birth certificate was issued.

The owner can also reserve a noncash Federal Reserve routing number and any number of noncash instrument numbers by filing an amendment to his/her Financing Statement or just including his/her reservation on the original Financing Statement. Each bank account opened in the name of the owner's PERSON has a routing number. If an account is open. it is available to process cash items. If you write a cheque to a tradesman, it can be converted to cash at your bank. Checks cannot be written on accounts that have been closed. Those accounts and their routing numbers are reserved for noncash items for the PERSON (JOHN DOE) that opened the account originally. Accounts that have been closed by the bank instead of the PERSON, should not be used for noncash items. Once this is done, you are in a position to start receiving reimbursements against the obligation the United States owes to YOU for money and time it has received that belongs to YOU.

The owner of registered things, who has learned the law and what his/her rights are, and has filed his Financing Statement, Security Agreement, and Bill of Exchange; and reserved his/her noncash account routing numbers, can issue an instrument indicating his/her UCC registration number and registered Federal Reserve routing number, the name of the public party making a charge against the PERSON, and the amount of the debt to be discharged.

Think of the whole transaction in relation to a dead battery. The battery represents your public PERSON (JOHN DOE), which is a dead entity that can function within the public maze of fiction, transmitting benefits from the public to you in the private arena, IF it is charged up. You cannot go into the public arena because you are NOT a fiction. JOHN DOE has no power until it is charged with some energy. That energy comes from an IRS default notice, court judgment, credit card bill, utility bill, traffic ticket, or some other instrument that has a dollar amount and JOHN DOE's name on it as the presumed debtor.

The bill is the energy. It charges up the dead JOHN DOE. You can now *discharge* JOHN DOE and put its accrual account with the charging party back to a zero balance.You as the secured party over the assets put up as security by JOHN DOE to you as collateral for the debt JOHN owes YOU, can *discharge* JOHN with a negotiable instrument for the same dollar amount as the charging instrument. The charging party that receives your noncash item can: 1) process it through a United states department; 2) give it to a third party; or 3) keep it to increase its liquidity.

The minute we accept an offer we "own" it… and we control it, the 'negotiation' phase of the contract is over – all that remains is the *'consideration'.* We've had our meeting of the minds. (Remember: *'agree with the adversary quickly ...'* When we accept an offer for value we have basically acknowledged the fact that there is no possible way to literally "pay" for that offer in the public sector due to the constant state of 'reorganization' of the UNITED STATES under the bankruptcy laws and the fact there is no actual "money" in general circulation.

Therefore, we accept the offer for value *by providing our **signature** on their paperwork*. This action is consistent with "Public policy" and the *'discharge'* of pubic debt. Remember: **We (*the U.S. people*) are the Creditors in this bankruptcy! The corporate UNITED STATES is the debtor.**

**Plaintiff is upheld by the Federal Rule of Civil Procedure: Rule 17**, a real party of interest. **Under FRCP Rule 17**, a real party of interest has to be present in the courtroom in order for there to be any claims of injury or damages against "the people." Under Rule 17. Plaintiff and Defendant; Capacity; Public Officers, the party must be the following;

(a) Real Party in Interest.

i, Winsey am the issuer, the drawer, and the maker per the original mortgage note note #0019656461 (**See Exhibit S -** Adjustable Rate Note dated January 31, 2005**).** I have a proprietary interest in the security which made me a party to the investment contract. Under **UCC § 3-105** – defines the originator of the first funds transfer. Under Subsection (a) it defines what the issue is, and (c) defines who the issuer is.

The UCC 1 filing at that time represents bookkeeping entries which should be made to reduce the amount of money owed to NSM. In order for the commercial instrument to be legal tender, they must be secured by a maritime lien recorded at the county and registered on a UCC1. It then becomes a registered security and a financial asset that can be negotiated. The ledgering and registration made per the security entitlement in promissory note 000021517NSMR (**Exhibit I -** Presentment Packet) tendered on March 13, 2017 and pursuant to Article 9- 310 of the UCC.

House Joint Resolution 192 of June 5, 1933, tells us that as there is no substance with which to 'pay' a debt, then all debt must be 'discharged'. Since there is no money, then the only thing left is credit, so Winsey must 'pay' a debt with credit. How is credit created? VIA MY SIGNATURE. Every time i sign my name to any promissory note, i have created credit.

NSM was asked to setoff" the outstanding debt and ledger the account however NSM has kept Plaintiff's note and has not returned it to date. NSM failed to ledger the account and unjustly enriched themselves by foreclosing on my property therefore NSM is indebted to me.

## Conclusion

**IF NSM HAD NOTHING TO HIDE THEN IT WOULD NOT BE FILING THIS COUNTER-CLAIM. Because NSM's claims are baseless and without any merit, there are no claims being made by NSM upon which relief can be granted.**

Wherefore, having shown this Court the undisputable laws and the undisputable facts governing this case, Winsey demands this Court dismiss NSM's counter-claim, with prejudice, in its entirety and with

sanctions. In fact, Winsey demands this Court command Robert Stiles or the acting Chief Financial Officer of Defendant Nationstar be required to provide Winsey with an opportunity to take a deposition and to be present as a witness at trial. Winsey will NOT tolerate hearsay. Winsey requires a firsthand knowledge which attorneys can never give. **Winsey demands a jury trial and sees absolutely no reason for this Court to deny same.**

Attorneys have no firsthand knowledge of anything. As we have seen, NSM's alleged attorneys have been playing word games and making ridiculous, fraudulent and false claims against Winsey in an attempt, once again, to *"confuse the least sophisticated consumer"!* Just one more reason why NSM should be sanctioned.

Dated: June 26, 2017

Respectfully submitted,

By: *Christine: Winsey*

christine: winsey, Sui Juris, NON-Adverse Party, Secured Party Creditor, d.b.a. and injoined party of interest with CHRISTINE WINSEY, CHRISTINA WINSEY-RUDD et. al. (persona ficto)
© Autograph. All Rights Reserved
Without Prejudice UCC1-308
c/o 3217 Campbell Street, Sarasota, Florida [34231]
Non-Domestic, Non-Assumpsit

CERTIFICATE OF SERVICE

I certify that a copy of this document will be served upon the entities shown below

NOTICE TO PRINCIPAL IS NOTICE TO AGENT, NOTICE TO AGENT IS NOTICE TO PRINCIPAL
JARRET EVAN COOPER, DEBT COLLECTOR, ROBERTSON, ANSCHUTZ & SCHNEID, P.I.
DEBT COLLECTORS, Allegedly on behalf of AURORA LOAN SERVICES/NATIONSTAR
MORTGAGE, 6309 Congress Ave., Suite 100, Boca Raton, FL 33487, MAIL@RASFLAW.COM

Done this 26th day of June, 2017

Respectfully submitted,

By: *Christine: Winsey*

christine: winsey, Sui Juris, NON-Adverse Party, Secured Party Creditor, Counter-Defendant Nationstar
d.b.a. and injoined party of interest with CHRISTINE WINSEY, CHRISTINA WINSEY-RUDD et. al. (persona ficto)
© Autograph. All Rights Reserved
Without Prejudice UCC1-308
c/o 3217 Campbell Street, Sarasota, Florida [34231]
Non-Domestic, Non-Assumpsit

Answer and Motion to Dismiss with Mandatory Judicial Notice Against Defendant/Counter-Plaintiff
Nationstar's Counter-Claim