# UNITED STATES DISTRICT COURT
# FOR MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| Christine Winsey, a natural, living, individual Woman, de jure, Secured Party Creditor with Power of Attorney for and d.b.a. and In joined with CHRISTINA WINSEY-RUDD, (persona ficto); Sui Juris<br><br>Plaintiff,<br>v.<br><br>NATIONSTAR MORTGAGE, LLP.<br><br>Defendant. | Case No. 8:17-cv-979-T-33JSS<br><br><br><br>**MANDATORY JUDICIAL NOTICE** |

    COMES NOW in the above-entitled action Plaintiff (Christine Winsey, Secured Party Creditor, private, living sentient being, NON-Adverse Party, administrator of THE CHRISTINE WINSEY ESTATE and the only authorized representative for CHRISTINA WINSEY-RUDD), with power of attorney general and with personal knowledge of matters set forth herein – one of the people on the land in Florida), in correct private capacity, being of majority in age, competent to testify with clean hands IS MAKING A SPECIAL VISITATION, *sui juris,* showing – a restrictive standing by a natural born woman in her first and proper and not generally nor without waiving any rights, remedies, or defenses; substantive or procedural including jurisdictional defects;

    Pursuant to Florida Rules of Evidence (Florida Rules of Evidence 90.201), Plaintiff **hereby moves the court take JUDICIAL NOTICE in connection with this matter, and provides this court would notice of the following applicable and irrefutable facts and law.**

    PURSUANT TO SECTIONS 90.202(12), 90.203 AND 90.902(8) OF THE FLORIDA STATUTES THE COURT MUST NOT FAIL TO NOTICE THE FOLLOWING MATERIAL FACTS RELEVANT TO THIS CASE

1. Florida Statutes 90.202(12) provides that a court may take judicial notice of facts that are not subject to dispute because they are capable of accurate and ready determination by resort to sources whose accuracy cannot be questioned.

2. Florida Statutes 90.203 provides that a court shall take judicial notice of any matter in 90.202, Florida Statutes, when a party requests it and:
    a. Gives each adverse party timely written notice of the request, proof of which is filed with the court, to enable the non-adverse party to prepare to meet the request.
    b. Furnishes the court with sufficient information to enable it to take judicial notice of the matter.
3. **PLAINTIFF NOTICES THIS COURT** that *This Court does not have discretion to refuse to take judicial notice of facts that are beyond dispute.* **Matters about which reasonable persons cannot disagree most definitively include the controlling effects of, the relevance to, and the bearing on the heart of the matter of this case and its outcome. The fact in this case are not only relevant, but are beyond dispute.**

To clear up any error in your presumption or assumption that you have personam jurisdiction or subject matter jurisdiction over this matter, you misinterpret my intent and evidence to the facts concerning pro se (14th amendment citizen) & sui juris.

i, Christine: Winsey am the POA over my client the DBA ficto persona CHRISTINE WINSEY (CHRISTINA WINSEY-RUDD ET SEQ) (**EXHIBIT A**).

*"The sovereign is merely sovereign by her very existence. The rule in America is that the American people are the sovereigns."* **Kemper v. State 138 Southwest 1025 (1911) pg. 1043 sec 33**

The judicial courts, operating from the executive office of the emergency war powers act are CORPORATIONS. Thereby the federal district court is a corporate "fiction" and that "fictions" can only deal with "fictions" and not with "natural" living beings and American State Nationals, without their consent.

i do NOT CONSENT to being used as a "surety" or "guarantor" for the CORPORATE DEBTS, in Admiralty Maritime law (color of law) forum in its actions as a DEBTOR, DEFENDENT or Pro Se title for "foreign" international bankers or administrators (judges) acting on behalf of such international bankers, when i have taken the necessary steps, to rebut any assumptions that i am in any way subject to such repugnant laws, that conflict with my inalienable God given rights, endowed by my Creator, as a living woman, American State National who lives on the land in the Florida Republic.

This court is required to prove its delegation of authority (see: Wuest v. Wuest, 127 p. 2d 934, 937; Merritt v. Hunter, C.A. Kansas 170 F. 2d. 739; Stuck v. Medical et al 94 Ca. 2d 751.211 P2d 389).

i, Christine: Winsey (the living flesh and blood woman) DO NOT CONSENT to your void orders. There is no need to file an amended complaint because your order is void on its face. (**See Exhibit B**).

i, Christine: Winsey (the living flesh and blood woman) DO NOT CONSENT to any party acting on my behalf nor do I waive my exclusive rightful exemption.

As trustee of THE CHRISTINE WINSEY TRUST and power of attorney for CHRISTINE WINSEY TRUST, CHRISTINE WINSEY, CHRISTINA A. WINSEY-RUDD ET. SEQ. i hereby appoint you, Virginia M. Hernandez Covington, as fiduciary to settle this matter. Attached as **Exhbit C** please find IRS form 56 and a Letter Rogatory informing you of such. The hard copies of same plus a money order, in consideration for set off and discharge will be forthcoming by certified mail.

Also please find as **Exhibits D, E and F**, my communications with former Secretary of the Treasury Jacob Lew and Former Secretary of the Treasury in Puerto Rico, Melba Acosta and Mail Receipts for same. These should be plenty adequate to show you that as fiduciary over this matter you may settle this matter with the United States Treasury.

## VERIFICATION

i, affirm, under my full unlimited commercial liability, that the forgoing representations are true and accurate to the best of my information, knowledge and belief.

Dated: This ____ of July, 2017                    Respectfully Submitted

By: *Christine Winsey*
christine: winsey, de jure, Sui Juris, NON-Adverse Party, Secured Party Creditor, injoined party of interest with CHRISTINE WINSEY, CHRISTINA WINSEY-RUDD et. al. (persona ficto) © Autograph. All Rights Retained
Without Prejudice UCC1-308
c/o 3217 Campbell Street, Sarasota, Florida [34231]
Non-Domestic, Non-Assumpsit

### CERTIFICATE OF SERVICE

i certify that a copy of this document will be served upon the attorneys for defendant (shown below) NOTICE TO PRINCIPAL IS NOTICE TO AGENT, NOTICE TO AGENT IS NOTICE TO PRINCIPAL JARRET EVAN COOPER, DEBT COLLECTOR, ROBERTSON, ANSCHUTZ & SCHNEID, P.I. DEBT COLLECTORS, Allegedly on behalf of AURORA LOAN SERVICES/NATIONSTAR MORTGAGE LLC, 6309 Congress Ave., Suite 100, Boca Raton, FL 33487, jcooper@rasflaw.com, mail@rasflaw.com
Done this ____ day of July, 2017

Respectfully submitted,

By: *Christine Winsey*
christine: winsey, de jure, Sui Juris, NON-Adverse Party, Secured Party Creditor, injoined party of interest with CHRISTINE WINSEY, CHRISTINA WINSEY-RUDD et. al. (persona ficto) © Autograph. All Rights Retained
Without Prejudice UCC1-308
c/o 3217 Campbell Street, Sarasota, Florida [34231]
Non-Domestic, Non-Assumpsit