UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| Christine Winsey, a natural, living, individual Woman, de jure, Secured Party Creditor with Power of Attorney for and d.b.a. and In joined with CHRISTINA WINSEY-RUDD, (persona ficto); Sui Juris<br><br>Plaintiff,<br><br>V.<br><br>NATIONSTAR MORTGAGE, LLP.<br><br>Defendant. | Case No. 8:17-cv-979-T-33JSS<br><br><br><br>NOTICE AND DEMAND FOR IMMEDIATE RETURN OF TENDER OF PAYMENT REFUSED |

COMES NOW in the above-entitled action Plaintiff (Christine Winsey, Secured Party Creditor, private, living sentient being, NON-Adverse Party, administrator of THE CHRISTINE WINSEY ESTATE and the only authorized representative for CHRISTINA WINSEY-RUDD), with power of attorney general and with personal knowledge of matters set forth herein – one of the people on the land in Florida), in correct private capacity, being of majority in age, competent to testify with clean hands IS MAKING A SPECIAL VISITATION, *sui juris,* showing – a restrictive standing by a natural born woman in her first and proper and not generally nor without waiving any rights, remedies, or defenses; substantive or procedural including jurisdictional defects; and states:

In continued good faith, Plaintiff created a valid Promissory Note (000021517NSMR) "TENDER OF PAYMENT," dated March 6, 2017, (Medallion stamped by an FDIC institution, notarized and Apostilled by the New York Secretary of State on March 6th, 2017)

As already stated in Plaintiff's Verified Affidavit / Affirmation In Support Of Opposition To Defendant's Motion To Dismiss & Motion To Strike A Jury Trial, Plaintiff presented proper tender of

payment in good faith to Defendant Nationstar and Defendant Nationstar refused it. Defendant Nationstar has shown nothing but bias & prejudice, refusing perfectly legal tender, for an alleged debt that they wouldn't even verify.

This court has shown nothing but bias and prejudice refusing to uphold what IRE THE LAWS and the FACTS that truly govern this case.

As Defendant Nationstar has refused tender of payment, and since Defendant Nationstar seems to consider Plaintiff's genuine, valuable private banking instrument promissory note "valueless," then Defendant Nationstar has no legal right to it. Plaintiff do not intend for her genuine, valuable private banking instrument promissory note to be floating around and or sold on the market and someone else turn up with it at some other illegal corrupt fraudulent claim.

Since my valuable private banking instrument promissory note must be returned to me immediately, without markings or endorsements – nothing must be on it that would indicate you have benefitted from it in any way! It must be the ORIGINAL, WET-INK PROMISSORY NOTE to ensure no unjust enrichment, in securitization with third party co-mingling.

If Defendant Nationstar does not return the promissory note it so vehemently claims has no value, they will be stealing and unjustly enriched. PLAINTIFF THEREFORE DEMANDS RETURN OF HER PROMISSORY NOTE IMMEDIATELY!

## VERIFICATION

I, affirm, under my full unlimited commercial liability, that the forgoing representations are true and accurate to the best of my information, knowledge and belief.

Dated: This 25 of July, 2017  Respectfully Submitted

By: *Christine: Winsey*
christine: winsey, de jure, Sui Juris, NON-Adverse Party, Secured Party Creditor, injoined party of interest with CHRISTINE WINSEY, CHRISTINA WINSEY-RUDD et. al. (persona ficto) © Autograph. All Rights Retained
Without Prejudice UCC1-308
c/o 3217 Campbell Street, Sarasota, Florida [34231]
Non-Domestic, Non-Assumpsit

### CERTIFICATE OF SERVICE

I certify that a copy of this document will be served upon the attorneys for defendant (shown below) NOTICE TO PRINCIPAL IS NOTICE TO AGENT, NOTICE TO AGENT IS NOTICE TO PRINCIPAL JARRET EVAN COOPER, DEBT COLLECTOR, ROBERTSON, ANSCHUTZ & SCHNEID, P.I. DEBT COLLECTORS, Allegedly on behalf of AURORA LOAN SERVICES/NATIONSTAR MORTGAGE LLC, 6309 Congress Ave., Suite 100, Boca Raton, FL 33487, jcooper@rasflaw.com, mail@rasflaw.com

3 | Page

Done this 25 day of July, 2017

Respectfully submitted,

By: *Christine Winsey*
christine: winsey, de jure, Sui Juris, NON-Adverse Party, Secured Party Creditor, injoined party of interest with CHRISTINE WINSEY, CHRISTINA WINSEY-RUDD et. al. (persona ficto) © Autograph. All Rights Retained
Without Prejudice UCC1-308
c/o 3217 Campbell Street, Sarasota, Florida [34231]
Non-Domestic, Non-Assumpsit

3 | Page

NOTICE AND DEMAND FOR IMMEDIATE RETURN OF TENDER OF PAYMENT